**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| SHAVHESE GREEN, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 8:19-cv-01559-TPB-AAS |
| | § | |
| v. | § | |
| | § | |
| CAPITAL ONE, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| _____ | § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal

with prejudice and with each party to bear its own costs and fees.


/s/ Jenny N. Perkins _____           /s/ Amy L. B. Ginsburg

Jenny N. Perkins, Esq.                Amy L. B. Ginsburg, Esq.
Ballard Spahr, LLP                    Kimmel & Silverman, P.C.
1735 Market Street                    30 East Butler Pike
51st Floor                            Ambler, PA 19002
Philadelphia, PA 19103                Phone: 215-540-8888
Phone: 215-864-8378                   Fax: 215-540-8817
Email: perkinsj@ballardspahr.com      Email: teamkimmel@creditlaw.com
Attorney for the Defendant            Attorney for Plaintiff

Date: January 30, 2020                Date: January 30, 2020


BY THE COURT:


_____
                                J.

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Jenny N. Perkins, Esq.
Ballard Spahr, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
Phone: 215-864-8378
Email:  perkinsj@ballardspahr.com
Attorney for the Defendant

Dated: January 30, 2020                    By: /s/ Amy L. Bennecoff Ginsburg
                                           Amy L. Bennecoff Ginsburg, Esq.
                                           Kimmel & Silverman, P.C.
                                           30 E. Butler Avenue
                                           Ambler, PA 19002
                                           Tel: 215-540-8888
                                           Fax: 215-540-8817
                                           Email: teamkimmel@creditlaw.com
                                           Attorney for Plaintiff